AFFIDAVIT IN SUPPORT OF CIVIL COMPLAINT

Affiant Deborah B. Cain, Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, being duly sworn, depose and state the following:

1.      I am employed as a Special Agent for the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed since October 2009.  Prior to this employment with ATF, I was employed as a police officer for the City of Nampa, Idaho for four years and four months.  I am currently assigned to the ATF Seattle Field Division, Boise Field Office.  I have completed the ten (10) week Criminal Investigator Training Program and a fourteen (14) week Special Agent Basic Training (SABT) ATF National Academy at the Federal Law Enforcement Training Center, Glynco, Georgia.  I have has also completed a ten (10) week Idaho Peace Officer Standards and Training (P.O.S.T.) Academy and currently hold an Intermediate P.O.S.T. Certificate. As a Special Agent with ATF, my duties include enforcing Federal firearms and explosives laws.

2.      During my employment with ATF, I have participated in firearms, narcotics, and money laundering investigations, during the course of which I conducted physical and wire surveillance, executions of arrest and search warrants, interviews of witnesses and defendants, reviews and analysis of taped conversations and records of illegal possessors of firearms, drug traffickers, and gang members.  I have also interviewed illegal firearms possessors, firearm traffickers, drug dealers, and drug abusers who have discussed with me their illegal firearms possession, methods of firearms and drug distribution, means of ensuring sources of supply, methods of pricing, and individual drug use.  Based on this experience, I am knowledgeable in

regards to the methods and modes of illegal firearms and narcotics operations and the language and patterns of illegal firearms possession, drug abuse, and firearms and narcotics trafficking.  I have also spoken with several senior ATF agents, supervisors, DEA agents, and local law enforcement officers who have extensive experience in firearms and/or narcotics investigations.  Combined, these agents and officers have participated in hundreds of firearms and/or narcotics investigations, and they have been accepted as experts in the area of criminal firearm possession, firearm trafficking, drug use and drug distribution by state and federal courts.  I have also been involved in investigations utilizing court authorized wire intercepts, surveillance techniques, undercover drug purchases, undercover recordings, informants, witness debriefings and other related techniques related to the trafficking of firearms, methamphetamine, amphetamine, marijuana, cocaine and other controlled substances.

       3.       Your affiant has obtained the information for this affidavit through personal knowledge, conversation with other officers, and the review of reports and records.  I make this affidavit in support of the foregoing Verified Complaint In Rem against the following vehicle:

> 1999 Silver Cadillac Deville (Idaho License Plate No. 1A2B239)
> VIN No. 1G6KD54Y7XU723571
> Registered to Cesar URREA-NAVARRETTE

### Basis for Probable Cause

       4.       I, along with other investigators with ATF and other agencies, began an investigation in May 2011 of the drug trafficking activities of RUBEN SANCHEZ (hereinafter referred to as "SANCHEZ") and Cesar URREA-NAVARRETTE (hereinafter referred to as ("NAVARRETTE").

AFFIDAVIT OF SA DEBORAH B. CAIN - 2

5.      On June 30, 2011, while under surveillance by Idaho State Police (ISP) law enforcement officers, an ATF CI, and Idaho State Police (ISP) Detective Scott Ward, acting in an undercover capacity (hereinafter referred to as "UC"), purchased 59.2 ggw methamphetamine for two thousand seven hundred dollars ($2,700.00) from NAVARRETTE.  The purchase took place in the parking lot of Sportsman's Warehouse located at 1940 Bridgeview Boulevard, Twin Falls, Idaho, Twin Falls County, Idaho.  NAVARRETTE drove his 1999 Cadillac DeVille, bearing Idaho license plate, 1A2B239, from his residence in Boise, Idaho to Twin Falls, Idaho, transporting the methamphetamine.

6.      This same 1999 Cadillac DeVille, bearing Idaho license plate, was located on Pine St., Meridian, Ada County, Idaho on February 17, 2012, by the Meridian Police Department.  The law enforcement officer located the vehicle again on February 21, 2012, at the same address.  The Cadillac was seized by officers on February 24, 2012 and is currently in the custody of the United States Marshals Service for the District of Idaho.

7.      SANCHEZ and NAVARRETTE were indicted for conspiracy and possession with intent to distribute controlled substances, money laundering and firearm violations in the United States District Court in the District of Idaho on 10/25/2011, being Case No. 11-249-E-BLW.  The vehicle is included in the Criminal Forfeiture Allegations section of the Indictment.

8.      NAVARRETTE is currently a fugitive and believed to be residing in Mexico.

## CONCLUSION

9.      Based upon the information contained in this affidavit, the affiant believes that probable cause exists to forfeit the following vehicle as property intended to be used and actually

AFFIDAVIT OF SA DEBORAH B. CAIN - 3

used to facilitate drug trafficking, or proceeds traceable to such property, pursuant to 21 U.S.C.

§§ 853:

    1999 Silver Cadillac Deville (Idaho License Plate No. 1A2B239)
    VIN No. 1G6KD54Y7XU723571
    Registered to Cesar URREA-NAVARRETTE

    FURTHER, your affiant sayeth naught.

    ___/s/_____
    ATF Special Agent Deborah B. Cain

STATE OF IDAHO  )
                  ) ss.
COUNTY OF ADA  )

Subscribed and sworn to before me this 6th day of June, 2012.

    ___/s/_____
    Notary Public for Idaho
    Residing at Boise, Idaho
    My Commission expires: 07/26/2012

AFFIDAVIT OF SA DEBORAH B. CAIN - 4